1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11

12

13

14

15

| JUSTIN SILVA,<br><br>                   Plaintiff,<br><br>          v.<br><br>DEPARTMENT OF STATE HOSPITALS,<br><br>                   Defendant. | 1:20-cv-01836-HBK (PC)<br><br>ORDER TRANSFERRING CASE TO THE CENTRAL DISTRICT OF CALIFORNIA<br><br> (Doc. No. 1) |
| --- | --- |

16

17

18

19

20

21

22

23

24

        Before the Court is Plaintiff Justin Silva's *pro se* 42 U.S.C. § 1983 Complaint filed on December 30, 2020.  (Doc. No. 1).  Upon review of the Complaint, the Court finds Plaintiff should have brought this action in Western Division of the United States District Court in the Central District of California.  According to the Complaint, the events giving rise to the cause of action and/or the defendants reside in Luis Obispo County, which is within the venue of the United States District Court for the Central District of California.  *See* 28 U.S.C. § 1391(b) *see also Ziegler v. Indian River County*, 64 F.3d 470, 474 (9th Cir. 1995) (reviewing federal court jurisdiction and venue in a § 1983 action). The Court thus transfers this case under 28 U.S.C. § 1406(a).

        Accordingly, it is **ORDERED**:

25

26

27

28

    1. The Clerk of Court is directed to transfer this action to the Western Division of the United States District Court for the Central District of California and close this case.

1    2.  As a result of the transfer, the Court declines to rule on Plaintiff's motion to

2        proceed *in forma pauperis* (Doc. No. 2).

3

4    IT IS SO ORDERED.

5

     Dated:    January 13, 2021

6                                        HELENA M. BARCH-KUCHTA
                                         UNITED STATES MAGISTRATE JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                         2